## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Leonard Rothermich, a Special Agent with the FBI, hereby depose and state as follows:

1.     **Affiant**: I am and have been employed as a Special Agent with the Federal Bureau of Investigation ["FBI"] since November of 2014.  Prior to that time, I spent 22 weeks training to be a Special Agent at the FBI Academy in Quantico, Virginia beginning on June 15, 2014.   Through the FBI, I have received extensive training related to the investigation of federal crimes to include violent crime and firearms offenses.  Prior to this, I spent five years on active duty in the United States Army as an officer in the Military Police Corps.  I am currently assigned to the FBI Violent Crime Task Force ["VCTF"] in the Indianapolis Field Office of the FBI. Furthermore, I am a member of the FBI's Child Abduction Rapid Deployment Team for the North-Central Region. In these assignments, I investigate all manner of violent crime, to include robberies, fugitives, firearms offenses, child abductions, extortions, and kidnappings.

2.     **Requested action**:  I make this affidavit in support of a Criminal Complaint and Arrest Warrant charging ARNOLD CASTILLO (a/k/a "Jacob Shedletsky" a/k/a "Jadon Shedletsky") with **Count 1: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity**, sometime between on or about May 3, 2022, and on or about May 11, 2022, in violation of Title 18, United States Code, Section 2423(a); and **Count 2: Coercion and Enticement of a Minor**,

sometime between on or about February 2022, and on or about May 11, 2022, in violation of Title 18, United States Code, Section 2422(b).

3.      **Transportation of a Minor to Engage in Criminal Sexual Activity:**   Title 18, United States Code, Section 2423(a) prohibits knowingly transporting an individual who has not attained the age of 18 years in interstate or foreign commerce,  with intent that the individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.  18 U.S.C. 2423(a).  This statute incorporates both state and federal law in determining whether the underlying sexual activity is a criminal offense, including the Indiana law prohibiting Sexual Misconduct with a Minor (IC 35-42-4-9 (a) and (1)), and the New Jersey law prohibiting aggravated sexual assault of a minor under the age of 16. (NJ Rev. Stat Sec. 2C:14-2).

4.      **Coercion and Enticement of a Minor:**  Title 18, United States Code, Section 2423(b) prohibits using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so. This statute incorporates both state and federal law in determining whether the underlying sexual activity is a criminal offense, including the Indiana law prohibiting Sexual Misconduct with a Minor (IC 35-42-4-9 (a) and (1)), and the New Jersey law prohibiting aggravated sexual assault of a minor under the age of 16. (NJ Rev. Stat Sec. 2C:14-2).

5.      Under Indiana Criminal Code, a person commits sexual misconduct with a minor when a person who is at least eighteen (18) years of age who, with a child at least fourteen (14) years of age but less than sixteen (16) years of age, performs or submits to sexual intercourse or other sexual conduct with the minor.  IC 35-42-4-9 (a) and (1)).  It is a Level 4 felony if it is committed by a person at least twenty-one (21) years of age.   IC 35-42-4-9 (a) and (1).  Under New Jersey Criminal Code, a person commits aggravated sexual assault if he commits an act of sexual penetration with another person and the victim is at least 13 but less than 16 years old.  NJ Rev. Stat Sec. 2C:14-2.

6.      **Information provided**:  The statements in this affidavit are based in part on information provided by other law enforcement officers and my own observations.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that ARNOLD CASTILLO (a/k/a "Jacob Shedletsky" a/k/a "Jadon Shedletsky") committed the above-listed offenses.

## OVERVIEW OF SPECIFIC PROBABLE CAUSE

7.      **Background of the Investigation:**  On or about May 3, 2022, officers working for the Lawrence (Indiana) Police Department ["LPD"] responded to a call from Individual A regarding Individual A's missing minor child.  According to Individual A, Minor Victim 1 (name known, but redacted) was born on August XX, 2006 (known, but redacted) and is 15 years' old.  According to Individual A, she

3

believed that Minor Victim 1 had run away from home earlier in the day of May 3, 2022.   Minor Victim 1 was reportedly last seen at approximately 6:00 a.m. at their residence at [redacted], Lawrence, Indiana, which is in the Southern District of Indiana. The investigation was ultimately assigned to Sergeant David Gordon ["Sgt. Gordon"] and Detective Stacy Hinshaw ["Det. Hinshaw"] of the LPD.

8.      On or about May 5, 2022, Sgt. Gordon and Det. Hinshaw met with Individual A at the LPD Headquarters, located at 5150 North Post Road, Lawrence, Indiana. Individual A advised that Minor Victim 1's cellphone number was 317-712-XXXX (known but redacted).  The phone number was no longer receiving calls. The LPD learned that the number 317-712-XXXX was registered through T-Mobile cellphone carrier.

9.      According to Individual A, she had discovered that Minor Victim 1's Android cellphone, Android tablet, and their charging devices were also missing as well as some items of clothing and toiletries.

10.     According to Individual A, Minor Victim 1 had been drawing and posting Anime art online and several people had used the Internet to request her drawings.

11.     Individual A told Detectives that no one had been able to locate or contact Minor Victim 1 since she was last seen on May 3, 2022.

12.     Detectives asked Individual A about a LPD report dated March 21, 2022. In this documented incident, a caller identified as "Jacob" contacted LPD's 911 Dispatch to report that he was worried that Minor Victim 1 was suicidal. He asked officers to conduct a welfare check on her and provided her address as [redacted]

Lawrence, Indiana.  During the 911 call, "Jacob" advised that he had been speaking with Minor Victim 1 over the phone earlier that night, but that she had disconnected and was now unreachable.  He called 911 from phone number 408-758-5026 ["x5026"] and provided the dispatcher with this same number in case they needed to contact him for follow-up.

13.     When Sgt. Gordon and Det. Hinshaw inquired about the report, Individual A told them that officers had indeed come to their home and had asked to check on Minor Victim 1's welfare.  Individual A stated that she had no idea who the caller was or why the caller would have an officer come to her house.  According to Individual A, Minor Victim 1 was asleep when officers arrived and was "fine."

14.     LPD Detectives asked Individual A if Minor Victim 1 knew an individual named "Jacob."   According to Individual A, a male calling himself "Jacob" had contacted her several months ago (Individual A) from x5026 in order to request to purchase some of Minor Victim 1's art online.

15.     Individual A explained that Minor Victim 1 used Social Media Application A to sell artwork.  According to Individual A, Minor Victim 1 had spoken with "Jacob" and eventually received a CashApp payment on February 23, 2022 from him in the amount of $45.00 for her artwork.

> a. To note, CashApp is a mobile payment service that allows users to transfer money to one another using a mobile-phone application.

16.     The CashApp account showed it was created in February 2022.

17.    According to Individual A, during her most recent conversation, "Jacob" told her that he did not know where Minor Victim 1 was located and that he had not spoken to her.

18.    According to Individual A, the person using the name "Jacob" had mailed Minor Victim 1 multiple packages to her residence. The packages were delivered by the online retailer Amazon. Therefore, it was highly likely that "Jacob" had purchased these items for Minor Victim 1 himself through Amazon and requested that they be delivered to her address. The packages arrived on or between April 7, 2022, and April 12, 2022.  According to Individual A, the items were identified as a Huion Artist Glove for Drawing Tablet, a Max Smart Tablet Drawing Stand, and a Wacom Mobile Studio Pro 13" Windows 10 computer. The Wacom computer was valued at $2,600. Individual A provided the Detectives with other pertinent information about the deliveries, to include their designated tracking numbers.

19.    Based on Sgt. Gordon and Det. Hinshaw's assessment of Individual A's statement, they strongly believed that the male identifying himself as "Jacob" had been grooming or attempting to lure Minor Victim 1 for the purposes of engaging in sexually explicit activity and/or human trafficking.  They knew in their training and experience that these initial efforts to entice minors often manifest through inappropriate emotional attention, gifts, and money. This is done all in an effort to build trust and reliance on the perpetrator that outweighs that which is offered by the minor's family or other support system.

20.     The LPD conducted research into the x5026 phone number. They learned that it was not a mobile number that could be further investigated.

21.     On or about May 5, 2022, officers attempted to call the X5026 number. The male using the x5026 phone number returned Sgt. Gordon and Det. Hinshaw's call using the x5026 number. He identified himself as "Jacob Shedletsky" and stated that he was from Santa Clara, California. "Shedletsky" also stated that he had known Minor Victim 1 for two months.  He explained that he met Minor Victim 1 because she sold her artwork online, and he had been interested in buying some of her artwork.  According to "Jacob Shedletsky," Minor Victim 1 told him that she needed to get clearance from Individual A before he could purchase her art.. "Shedletsky" also recalled contacting the police and asking for a welfare check to be done on Minor Victim 1 because she was suicidal.  He stated that Minor Victim 1 may have recently run away due to issues with family or from "other people bothering her." He suspected that "she may have run away on a whim" due to her "emotional outbursts."

22.     "Shedletsky" admitted to sending Minor Victim 1 items through the mail using Amazon.  He then forwarded Detectives copies of the transactions. When asked why his billing address was in New Jersey, "Shedletsky" responded that the person who conducts his transactions for him is an associate who lives there. He identified that person as "Nelson Betancur."

23.     On the same day, May 5, 2022, the LPD received authority from the Honorable Anne Flannelly to search Minor Victim 1's historical cell phone records and to locate her phone in real-time through the execution of a ping.  They learned

7

through T-Mobile that her phone was now turned off, but that it had last used a cell tower in Pennsylvania following her disappearance.

24.     On or about May 6, 2022, LPD Detectives interviewed Minor Victim 1's friend, Individual B.   Individual B stated that Minor Victim 1 first talked to him about running away approximately two weeks ago.  Individual B showed Detectives Social Medial Application A messages with Minor Victim 1's Social Media Application account under user ID "@corlXX" (known, but redacted). These communications detailed her plans to leave.

25.     Individual B also showed Detectives a story posted on Minor Victim 1's Social Media Application A account on May 2, 2022, which depicted someone traveling in a car and the words, "Goodbye Indiana." According to Individual B, he did not know where Minor Victim 1 was going or with whom she was traveling.

26.     Based on these findings, Detectives believed that Minor Victim 1 had traveled outside of the State of Indiana.

27.     While speaking with Detectives, Individual B received direct messages over Social Media Application A from Minor Victim 1's Social Media Application A account.   In the messages, the individual using Minor Victim 1's Social Media Application A account asked if anyone had asked about her at school. Minor Victim 1 did not disclose her location in the messages.

28.     According to Individual B, he believed that someone had purchased an expensive tablet computer for Minor Victim 1 just prior to Minor Victim 1 running away.  Minor Victim 1 said that she wanted to keep the gift a secret.

29.    On or about May 5, 2022, LPD Detectives received authority to search "Jacob Shedlesky's" Amazon account information from the Honorable Anne Flannelly.  According to the return, the account was in the name of "Jacob Shedlesky," and the account user had used Amazon to mail Minor Victim 1 items to her residential address in Indiana. According to the Amazon return, the account was linked to an address at 105 [redacted] Street Apt 1, Paterson, New Jersey.

30.    On or about May 6, 2022, the LPD received authority from the Honorable Mark Renner to search Minor Victim 1's Social Media Application A account under the user ID "@corlXX" (known but redacted).

█████  On or about May 11, 2022, LPD Detectives received records from Social Media Application A related to Minor Victim 1's user account. In the return, Detectives observed numerous private messages between Minor Victim 1's Social Media Application A Account and the Social Media Application A user ID "@doctorrofatnik". ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

33.     Another message from "@doctorrofatnik" read, "I love you [Minor Victim 1]."

34.     Another message from "@doctorrofatnik" read, "I made a vow to you that in sickness and in health I would always be with you."

35.     The user of "@doctorrofatnik" also sent photographs of a white or Hispanic male with facial hair and long brown hair to Minor Victim 1's Social Media Application A Account. Given the surrounding context of these photographs, your Affiant and the LPD investigators strongly believed that this male was the user of the "@doctorrofatnik" account.

36.     On May 10, 2022, your Affiant became aware of the disappearance of Minor Victim 1 and contacted the LPD to inquire further. Sgt. Gordon and Det. Hinshaw informed your Affiant of the above-described investigation.

37.     **Recovery of Minor Victim 1 with Arnold Castillo**:  On May 11, 2022, your Affiant reviewed the provided return from Minor Victim 1's Social Media Account A. According to the records, the final IP address used to log-in within the captured duration of the warrant was 69.127.170.209. This IP was used on three occasions between May 5, 2022 and May 6, 2022. Further investigation into this IP address showed that it was owned by the Optimum Online service provider, at 111 Stewart Avenue, Bethpage, New York. After contacting Optimum Online's law enforcement resource hotline and advising them of the investigation into an abducted

juvenile, they informed Sgt. Gordon that the registered address for those log-ins was 105 [redacted] Street, Apt. 1, Paterson, New Jersey. This was the same location as the previously identified billing address for the Amazon purchases made by "Shedletsky." Your Affiant additionally searched for the "@doctorrofatnik" account on the Social Media Application A and saw that it was still active. Your Affiant observed that it maintained a listed username of "Jadon Shedletsky."

38.     Your Affiant immediately contacted the Newark Office of the FBI to request their assistance in locating Minor Victim 1. Your Affiant informed them of the background of the investigation as well as the identified address of 105 [redacted] Street, Paterson, New Jersey. Your Affiant was specifically routed to Special Agent John Havens ["SA Havens"].

39.     SA Havens agreed to assist in the ongoing effort. Your Affiant provided him with photographs of Minor Victim 1 as well as an image of the unidentified male from the "@doctorrofatnik" account.

40.     At approximately 5:53 pm, Special Agents and Task Force Officers of the Newark Field Office, to include SA Havens, initiated physical surveillance on 105 [redacted] Street. They confirmed that it was a two-story single-family residence. Within minutes, they observed Minor Victim 1 and a male matching the description of the previously provided photograph from the "@doctorrofatnik" account walking down the street towards the target house.  Law enforcement immediately made their presence known and placed the male into custody.  They recovered Minor Victim 1.

41.     The male maintained a Samsung Galaxy cell phone and tablet on his person, which were seized in a search of his person incident to arrest. ███████

████████████████████████████████

42.     The New Jersey Department of Child Services and the FBI's Victim Services Coordinator both responded to the scene of the recovery. They transported Minor Victim 1 to a local hospital, where she was evaluated for injuries and underwent a sexual assault examination.

43.     **Identification and Interview of Arnold Castillo**: The male identified himself as Arnold Castillo ["CASTILLO"] to the FBI following his apprehension. SA Havens transported him to the FBI Garrett Mountain Resident Agency office for questioning that was audio and video recorded. Upon their arrival, SA Havens presented CASTILLO with his Miranda rights. CASTILLO stated that he understood his rights and voluntarily waived them by signing an Advice of Rights form. CASTILLO identified his home address as 105 [redacted] Street, Paterson, New Jersey, which he shared with his mother and brother, named Nelson Betancur. CASTILLO ultimately admitted to his ownership and usage of the "@doctorrofatnik" Social Media Application A account. He further admitted to utilizing it to communicate with Minor Victim 1, who he previously knew to be 15-years-old.

44.     CASTILLO acknowledged using its private messenger application to chat with her ████████████████████████████. He further used it to discuss and plan their shared intention for her to travel from Indiana to New Jersey in order to romantically be with him.

45.     CASTILLO admitted to utilizing his CashApp to pay an Uber driver to pick up Minor Victim 1 from Indianapolis and bring her to Paterson, New Jersey on or about May 3, 2022.

46.     CASTILLO found a driver willing to make this trip and paid him $500 prior to his departure. Upon the driver's arrival with Minor Victim 1 in the early morning hours of May 4, 2022, CASTILLO paid the driver an additional $500 in cash for the ride.

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

48.     CASTILLO informed SA Havens that the names "Jacob Shedletsky" and "Jadon Shedletsky" were "pseudonyms" that he gave to himself and that neither were his true name. He claims to be 22-years-old. At the time of this writing, law enforcement has been unable to confirm CASTILLO's provided name and identifiers. It is your Affiant's belief that CASTILLO is likely older than what he is claiming.

49.     CASTILLO explained that he creates video games and has a large following on the website YouTube. CASTILLO often posts content and interacts with his online followers through various social media platforms. He identified his YouTube account to be "ThejetermanRBLX", which can be found at the webpage URL www.youtube.com/c/the[redacted]. Your Affiant reviewed some of his posted videos and observed one uploaded on September 29, 2020, titled "Responding to the Document Allegations." In the video, CASTILLO's voice can be heard narrating over images regarding allegations that he is a pedophile.  Based on his vocalized rebuttals,

the allegations sourced from unidentified fellow social media users who were reportedly juveniles. Those users had apparently informed CASTILLO that they were teenagers, and he ensued by making sexual advances and other derogatory remarks towards them. In his posted video, CASTILLO admitted that his comments were inappropriate but stated that they were supposed to be jokes.

50.     Based on these findings, your Affiant suspects that CASTILLO may have been using social media in 2020 to attempt to communicate, lure, and exploit other juvenile females.

51.     As of this writing, Minor Victim 1 is in the process of being safely transported back to her family in Indianapolis, Indiana. Upon her arrival in the Southern District of Indiana, the Indianapolis Office of the FBI will schedule her to be forensically interviewed about these events.

52.     **Interstate or foreign commerce**:  Social Media Application A is a facility of interstate commerce, and ARNOLD CASTILLO used Uber Technologies, Inc. to hire a driver to transport Minor Victim 1 from Indiana to New Jersey between May 3, 2022, and May 11, 2022 with intent that Minor Victim 1 engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense.

53.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that ARNOLD CASTILLO (a/k/a "Jacob Shedletsky" a/k/a "Jadon Shedletsky") has committed **Count 1: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity**, sometime between

on or about May 3, 2022, and on or about May 11, 2022, in violation of Title 18, United

States Code, Section 2423(a); and **Count 2: Coercion and Enticement of a Minor**,

sometime between on or about February 2022, and on or about May 11, 2022, in

violation of Title 18, United States Code, Section 2422(b).

/s *Leonard Rothermich*
Leonard Rothermich, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of

Federal Rules of Criminal Procedure 4.1 and 41(d)(3) by telephone.