UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 0 8 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| ARNOLD CASTILLO a/k/a "Jacob Shedletsky" a/k/a "Jadon Shedletsky", | ) 1:22-cr-0124 TWP-MJD |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2423(a) and (e) & 2 Transportation of a Minor with Intent to Engage in Criminal Sexual Activity | 10-Life | NMT $250,000 | Life |
| 2 | 18 U.S.C. § 2422(b) Coercion and Enticement of a Minor and Attempt | 10-Life | NMT $250,000 | Life |

Dated: _____

_____
Arnold Castillo
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana